■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREAT GOD WHITE, Appellant. [715 NYS2d 359] —Judgment

unanimously affirmed. Memorandum: We reject defendant's contention that the verdict is against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). The fact that the eyewitnesses to the robbery and assault have criminal records does not render their testimony incredible as a matter of law (*see, People v Boyd,* 254 AD2d 740, 741, *lv denied* 92 NY2d 1047), and the jury was in the best position to evaluate the credibility of those eyewitnesses (*see, People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932; *People v Conner,* 195 AD2d 1078, *lv denied* 82 NY2d 715). (Appeal from Judgment of Supreme Court, Monroe County, Siragusa, J.—Robbery, 1st Degree.) Present—Green, J. P., Pine, Hayes, Scudder and Lawton, JJ.